# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kurt Miles

                    Plaintiff,

v.                                             Case No.: 1:18−cv−00014
                                                  Honorable Michael T. Mason

David Cheplowitz, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 4, 2019:

      MINUTE entry before the Honorable Michael T. Mason: Because the parties have reached a settlement agreement in this case, all pending deadlines, motions and hearings are hereby stricken. This case is dismissed without prejudice and with leave to reinstate by 1/25/19. If a motion to reinstate is not filed by 1/25/19, the dismissal will be with prejudice. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.